## AFFIDAVIT

I, Meaghan Croke, having been duly sworn, state as follows:

*Introduction*

1. I have been a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), since May of 2020. I am a graduate of the ATF National Academy Special Agent Basic Training Program and the Federal Law Enforcement Training Center, Criminal Investigator Training Program. As a result of my training and experience as an ATF Special Agent, I am familiar with Federal criminal laws pertaining to firearms violations. As a Special Agent, I am also authorized to carry firearms, execute warrants, make arrests for offenses against the United States, and perform other such duties as authorized by law.

2. While employed as a Special Agent, I have investigated violations of local, state, and federal criminal statutes; made arrests, prepared search and arrest warrant affidavits; interviewed defendants, witnesses, and informants; and seized currency, firearms, narcotics, and other evidence related to criminal investigations. I have experience and training in firearms and narcotics trafficking cases, gang investigations, and the utilization of informants and cooperating witnesses.

3. I submit this affidavit in support of an application for an arrest warrant and criminal complaint for Lucas Soriano (SORIANO) who was born in the year 1981 and whose residence is 25 Chatham Street, Apartment 2, Providence RI, 02904, and for Rafael SORIANO who was born in the year 1978 and whose residence is 70/72 Osborn Street, Apartment 3, Providence RI, 02908. The criminal complaint charges each individual with being felons in possession of a firearm and ammunition in violation of 18 U.S.C. § 922(g)(1)..

4. The information in this affidavit comes from my personal observations and investigation, my training and experience, information reliably obtained from other law enforcement agents, officers, and civilian witnesses identified in this affidavit as well as information from court and law enforcement databases.

*Investigation*

5. On November 17, 2022, I obtained search warrants, signed by United States Magistrate Judge Patricia A. Sullivan, to search the residences, vehicles, and persons of Lucas and Rafael SORIANO, both convicted felons, and their cellular phones, for firearms, firearm parts, firearm accessories, or ammunition or evidence of purchase thereof.

6. On November 18, 2022, the warrants were executed at each of the referenced locations. At Rafael SORIANO's residence, 70/72 Osborn Street, Apartment 3, Providence, RI, the following items were found:

    - One color green privately made firearm comprised of a Polymer80 lower unit, model number PF940SC made in Dayton Nevada and a Zaffiri slide and barrel, bearing no serial number;

    - Two ammunition magazines containing 37 rounds of 9mm ammunition;

    - a green bag containing various rounds of loose ammunition.

7. The referenced items were found in a bedroom next to a bed. A woman, initials "J.T.", who identified herself as Rafael's girlfriend, present at the time of the warrant execution, indicated the items belonged to Rafael and were located on what J.T. described as his side of the bed.

8. At Lucas SORIANO's residence, 25 Chatham Street, Apartment 2, Providence, RI, the following items were found:

- One Taurus 9mm firearm, model PT709, bearing serial number TJX25355, with ammunition magazine;

- One 9mm privately made firearm bearing a Zaffiri slide and barrel with ammunition magazine, bearing no serial number;

- One .45 caliber privately made firearm with ammunition magazine, bearing no serial number;

- One 9mm privately made firearm bearing no serial number;

- Assorted 9mm ammunition.

9. The Taurus firearm and 2 privately made unserialized firearms, and ammunition, were found in a Pelican gun case under a bed in the bedroom. Another privately made firearm was found between the mattress and box spring of the bed in the same bedroom. More ammunition was found in a backpack in the closet of the same bedroom. Lucas SORIANO made post-arrest *Mirandized* statements claiming ownership of the referenced items.

10. I conducted a criminal history query of Rafael SORIANO and learned that he has been arrested on three prior occasions and has the following felony convictions:

- Robbery- 2nd: Aided by Another
  Court Agency: NY030015J
  Court Case Number: 9284-97
  Sentence: 3 years to serve

- Conspiracy to Distribute; Distribution of Methylenedioxymethamphetamine; Aiding and Abetting
  Agency: RI FBI
  Court Case Number: 1:10-cr-00129-WES-PAS-1
  Sentence: 15 months to serve, 3 years Supervised Release

11. I independently conducted a criminal history records check for Lucas SORIANO and learned that he has been arrested on three prior occasions and has the following felony convictions:

- Robbery- 1st: Forcible Theft Armed with A Deadly Weapon
  Court Agency: NY030015J
  Court Case Number: 00621-2005
  Sentence: 12 years to serve, 5 years' probation

- Criminal Possession Loaded Firearm- 3rd Degree
  Court Agency: NY030015J
  Court Case Number: 04784-2002
  Sentence: 2 years to serve

*Conclusion*

I therefore suggest probable cause exists to believe that Lucas and Rafael SORIANO both possessed firearms and ammunition after having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, in violation of 18 U.S.C. §§ 922(g)(l) and 924(a)(8), and request that the Court issue an arrest warrant for Lucas and Rafael SORIANO on the charges in their respective criminal complaints.

*Meaghan Croke* (signature)

Meaghan Croke Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by: **Sworn telephonically and signed electronically**.

(specify reliable electronic means)

November 18, 2022
Date

Judge's signature

**Providence, Rhode Island**
City and State

**Patricia A. Sullivan, USMJ**
Printed name and title